**NOTC**
HENRI E. NORRIS, ESQ, DC Bar# 370646
GEORGE HOLLAND Jr. ESQ SB#216735
HOLLAND LAW FIRM
1970 Broadway, Suite 1030
Oakland, CA 94612
Telephone (510) 465-4100
Fax: (510) 465-4747
Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | Case No. 10-31051 DM 13 |
| ) | |
| RAMONA LOPEZ ) | **NOTICE OF CONVERSION FROM** |
| ) | **CHAPTER 13 to CHAPTER 7** |
| Debtor ) | |
| ) | |
| ) | |
| _____ ) | |

### Notice of Conversion to Case Under Chapter 7

The Debtor, by and through Counsel of Record, hereby gives Notice to the Court and all parties of interest, pursuant to 11 U.S.C. § 1307(a) that she convert this Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.

DATED: April 28, 2010

Respectfully Submitted,

/s/ Henri E. Norris  /s/ George Holland Jr.
Henri Norris, ESQ; George Holland Jr., ESQ
HOLLAND LAW FIRM