

Signed and Filed: April 30, 2010

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In Re: Ramona Lopez          Case No.: 10-31051 DM
                             Chapter 7

**ORDER FOR INDIVIDUAL(S) IN CHAPTER 7 AND CHAPTER 13 CASES TO FILE REQUIRED DOCUMENTS AFTER CASE CONVERSION**

The debtor(s) named above failed to file the documents as marked listed below:

- Payment Advices

**IT IS HEREBY ORDERED** that unless within 14 DAYS OF THE DATE OF THIS ORDER, the debtor(s) file(s) the document(s) listed above, the court MAY DISMISS this case without further notice or hearing.

*****END OF ORDER*****

## **COURT SERVICE LIST**

All parties listed on the mailing matirx.